

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. I. Predecki
County Auditor
Galveston, Texas

Dear Sir:        Opinion No. O-4598
                 Re:  Taxation of Defense
                      Plant Corporation
                      Building.

        We received your letter of May 18, 1942,
requesting our opinion as to whether certain pro-
perty located on land belonging to Defense Plant
Corporation is subject to State and county ad valo-
rem taxation. We wrote to you inquiring specifi-
cally as to the nature and ownership of the property
forming the subject matter of your inquiry and in
your letter of June 10, 1942, you say that you are
"informed that the building housing the Tin Smelter
was constructed by the Defense Plant Corporation
and that this is also their property." We take this
to mean that the property in which you are interested
is the building in which the Tin Smelter Plant is
located and that it belongs to Defense Plant Corpora-
tion, which also owns the land. Since you do not
give us any facts indicating the contrary, we shall
assume that the building is in the nature of a per-
manent improvement and therefore a part of the land.
If such is not true, then this opinion may not be
applicable.

        Under the terms of Section 610, 15 U. S. C. A.,
the real property of Defense Plant Corporation is
subject to State and county ad valorem taxation. Hence,
the building in question would be taxable by the county
and State, as a part of the land on which it is sit-
uated. If its erection has enhanced the value of the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

land, such enhancement may be considered in arriving at the value of the land. It should not be separately assessed.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:BT